# AMENDED

JS-6 – O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV09-07210-AHM (Ex) | Date | November 23, 2009 |
| Title | KOOSHAREM CORPORATION, et al. v. ZURICH AMERICAN INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael L. Phillips | Steven T. Whitmer |

**Proceedings:** Respondent's Opposition to Petition to Vacate and Cross-Motion to Confirm Arbitration Panel's Interim Order Granting Pre-Hearing Security (non-evidentiary)

Court issues its tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court denies petitioner's motion to vacate and grants respondent's cross-motion to confirm Arbitration Panel's Interim Order. Counsel are to lodge a proposed order.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | SMO |

**JS-6**