O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7210 AHM (Ex) | Date | March 2, 2010 |
|---|---|---|---|
| Title | KOOSHAREM CORPORATION d/b/a SELECT PERSONNEL SERVICES, *et al.* v. ZURICH AMERICAN INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

  The Court intends to hold Koosharem Corporation dba Select Personnel Services and Ablest, Inc. ("Select") in contempt. Select has shown a repeated history of failing to comply with this Court's orders and its own representations. Select's most recent response to the Court's February 17, 2010 Order to Show Cause is wholly inadequate.

  Zurich American Insurance Company ("Zurich") shall draft and lodge (by not later than March 10, 2010) a list of findings that would be incorporated into the order of contempt. The findings shall reference by docket number each of this Court's orders and extensions of those orders and all other items in the record that support a ruling that Select's behavior warrants a finding of contempt. The Court will thereafter determine the appropriate remedy and issue the order.

                                                                  :

                                     Initials of Preparer    SMO