O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7210 AHM (Ex) | Date | November 5, 2010 |
|---|---|---|---|
| Title | KOOSHAREM CORPORATION, et al. v. ZURICH AMERICAN INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The parties are directed to file a joint status report informing the Court of the outcome of Select's motion for reconsideration heard by the arbitration panel on October 28, 2010. The report shall be filed within 24 hours of the parties receiving the arbitration panel's decision.

:

Initials of Preparer    SMO